```
            IN THE UNITED STATES DISTRICT COURT
           FOR THE WESTERN DISTRICT OF TENNESSEE
                       WESTERN DIVISION
```

| | |
|---|---|
| ANNIE JONES RAMIREZ,<br><br>     Plaintiff,<br><br>v.<br><br>ONE BEACON AMERICA INSURANCE CO.,<br><br>     Defendant. | )<br>)<br>)<br>)<br>)<br>) No. 2:13-cv-02675-JPM-dkv<br>)<br>)<br>)<br>) |

**JUDGMENT**

**JUDGMENT BY COURT.**  This action having come before the Court on Defendant's Notice of Removal (ECF No. 1), filed August 29, 2013,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Order of Dismissal without Prejudice (ECF No. 15), all claims by Plaintiff against Defendant are hereby DISMISSED WITHOUT PREJUDICE.

APPROVED:

/s/ Jon P. McCalla
JON P. McCALLA
U.S. DISTRICT COURT JUDGE

February 20, 2014
Date